# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 29, 2022

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 22-12466-A
Case Style: Joshua Franklin v. Florida Department of Corrections, et al
District Court Docket No: 3:22-cv-00758-BJD-LLL

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Toya J. Stevenson, A
Phone #: (404) 335-6188

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-12466-A

_____

JOSHUA D. FRANKLIN,

                                      Plaintiff - Appellant,

versus

FLORIDA DEPARTMENT OF CORRECTIONS,
MARK S. INCH,
Former Secretary of FDOC in his individual and official capacity,
RICKY D. DIXON,
Secretary of FDOC, in his individual and official capacity,
WARDEN, HAMILTON C.I.,
WARDEN, FLORIDA STATE PRISON,
CORIZON MEDICAL CORPORATION,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Joshua Franklin failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules.

Effective August 29, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                               FOR THE COURT - BY DIRECTION